```
                    _____

                    No. 95-4119EA
                    _____
```

United States of America,        *
                                  *
            Appellee,             *
                                  *
    v.                            *
                                  *
Jerry Jobe,                       *
                                  *
            Appellant.            *
                                            Appeals from the United States
```
                    _____
```
                                            District Court for the Eastern
                                            District of Arkansas.
                    No. 95-4141EA
```
                    _____
```
                                            [UNPUBLISHED]

United States of America,        *
                                  *
            Appellee,             *
                                  *
    v.                            *
                                  *
Betty Obergfell Turner,           *
                                  *
            Appellant.            *
```
                              _____
```

                    Submitted:  May 17, 1996

                     Filed:  June 5, 1996
```
                              _____
```

Before McMILLIAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
```
                              _____
```

PER CURIAM.


       Following their convictions for conspiracy, money laundering, and
illegal financial activity affecting interstate commerce, Jerry Jobe and
Betty Obergfell Turner appeal their convictions and sentences.  Having
heard the parties' arguments and having considered the briefs and record,
we conclude that Jobe's and Turner's convictions and sentences should be
affirmed.

Jobe and Turner contend the evidence is insufficient to support the jury's verdicts. Essentially, Jobe and Turner view the evidence in their most favorable light and ignore the abundant evidence of their guilt. Nevertheless, the record contains substantial evidence on which the jury reasonably could have found Jobe and Turner guilty on all charges.

We also reject Jobe's and Turner's arguments about their sentences. Their contention that the district court improperly denied them a downward departure because their mine-run money laundering scheme falls outside the heartland of money laundering is meritless. Likewise, we reject Turner's contention that the district court improperly enhanced Turner's sentence for abuse of a position of trust. Because the district court did not violate law when imposing Jobe's and Turner's sentences within the applicable guidelines range, or misapply the guidelines, we must affirm the sentences. We also conclude the district court properly ordered Jobe and Turner to pay restitution.

Having concluded the district court correctly resolved each of Jobe's and Turner's claims and that an extended discussion of the issues will serve no useful purpose, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-